IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY B. THACKER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Appellant,

v.

CASE NO. 1D14-3789

SE PROPERTY HOLDINGS,
LLC, AS SUCCESSOR BY
MERGER TO VISION BANK,
JF & LT INVESTMENTS, INC.,
JESSE G. FLETCHER, THE ST.
JOE COMPANY, AND BEACH
COMMERCE PARK OWNERS
ASSOCIATION, INC.,

   Appellees.

_____/

Opinion filed November 12, 2014.

An appeal from an order of the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Howard P. Slomka of The Slomka Law Firm, Atlanta, GA, for Appellant.

No appearance for Appellees.

PER CURIAM.

   DISMISSED.

BENTON, ROBERTS, and RAY, JJ., CONCUR.